IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM MOUBRAY, SR.,              *
       Petitioner,
                                          *
    v.                                          CIVIL ACTION NO. ELH-11-1963
                                          *
COUNTY OF BALTIMORE CITY,
       Respondent              *
                                  ******

## **MEMORANDUM**

The above-captioned action was filed with this Court on July 13, 2011. Petitioner is currently an inmate confined in the South Carolina Department of Corrections. The Petition is not a picture of clarity. It appears that petitioner seeks to have this court issue an order to the Circuit Court for Baltimore County, Maryland directing it to either lift a detainer lodged against petitioner or clarify that the detainer has already been lifted.

Petitioner has not filed a Motion for Leave to Proceed in Forma Pauperis. However, because he appears to be without resources, indigency status shall be granted, pursuant to 28 U.S.C. § 1915(a).

According to petitioner, the detainer arises from a 1986 incident. A review of the Maryland Judiciary Case Search reveals that petitioner had criminal proceedings instituted against him in the district and circuit courts for Baltimore County during the period 1986-1988.[1] ECF No. 1.

Because petitioner seeks to compel a certain action by the state and/or its agents, the present matter most closely resembles a writ of mandamus. *See* 28 U.S.C. § 1361. Federal district courts have original jurisdiction of any action in the nature of mandamus to compel an

---

[1] http://casesearch.courts.state.md.us/inquiry/inquirySearch.jis

officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. However, a federal district court has no mandamus jurisdiction over state employees and cannot compel the Maryland state courts to lift a detainer or clarify the status of a detainer.[2] *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 586-87 (4th Cir. 1969). Therefore, petitioner's request for mandamus relief shall be denied.

       A separate order shall be entered reflecting the Opinion set forth herein.

<u>July 21, 2011</u>           /s/_____
 Date                                 Ellen L. Hollander
                                     United States District Judge

---

[2] Petitioner is, of course, free to request a copy of his trial transcript from the appropriate state court.